IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | Criminal No. 01-24-001 Erie |
| ) | |
| STEPHEN GODFREY, ) | |
| Defendant ) | |

## AMENDED JUDGMENT

AND NOW, this 19th day of April, 2006,

IT IS HEREBY ORDERED that the Court recommends that this Defendant be allowed to serve his federal sentence in Danbury, Connecticut. All other conditions of his original Judgment dated January 8, 2002 remain in full force and effect.

      S/Sean J. McLaughlin
      Sean J. McLaughlin
      United States District Judge

cc: all parties of record